**Motion Granted in Part and Denied in Part and Order filed February 24, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00825-CV

———————

## INWOOD FOREST COMMUNITY IMPROVEMENT ASSOCIATION, Appellant

## V.

## TOAN VAN NGUYEN, ET AL, Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2014-18791**

## O R D E R

Appellant has filed an unopposed motion to compel filing a supplemental clerk's record and to abate this appeal until the supplemental clerk's record has been filed. *See* Tex. R. App. P. 34.5(c). We grant the motion in part and order a supplemental clerk's record filed; in all other respects the motion is denied.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 5, 2015, containing the following documents:

1. Document Number 62347111, "Plaintiffs Supplemental Response to Defendants' Motion to Dismiss Under Citizens Participation Act" filed 09/15/2014;

2. Document Number 62335053 "Plaintiffs Response to Defendants' Motion to Dismiss Under Citizens Participation Act" filed 9/12/2014;

3. Document Number 62335054 "Exhibit 1" filed 9/12/2014;

4. Document Number 62335055 "Plaintiffs First Supplement to Original Petition" filed 9/12/2014;

5. Document Number 62302180 "Exhibit A" filed 9/10/2014; and

6. Document Number 62302184 "Exhibit E: filed 9/10/2014.

If the omitted item(s) is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item(s) is not a part of the case file.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.